**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jeremiah Nathaniel BENNETT,
Defendant–Appellant.**

**No. 14–13444
Non–Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Nov. 4, 2015.

R. Brian Tanner, James D. Durham, Karl I. Knoche, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Billy Reid Zeh, III, B. Reid Zeh, III, PC, Brunswick, GA, for Defendant–Appellant.

Jeremiah Nathaniel Bennett, Atwater, CA, pro se.

Before WILSON, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

B. Reid Zeh III, appointed counsel for Jeremiah Bennett in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Bennett's motion to discharge counsel and appoint new counsel is **DENIED,** and Bennett's conviction and sentence are **AFFIRMED.**